**Dismissed and Memorandum Opinion filed May 16, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00262-CR

### TIMOTHY HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1510810**

## MEMORANDUM  OPINION

Appellant entered a guilty plea to possession of between one and four grams of cocaine. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for five years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b)